IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STEPHANIE RODRIGUEZ, | Case No.: 2:19-cv-01801-RSM |
| Plaintiff, | **ORDER GRANTING STIPULATED JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Stephanie Rodriguez ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Joint Motion for an extension of time, up through and including January 9, 2020, for Lincoln to answer or otherwise respond to Plaintiff's Complaint ("Complaint").

IT IS HEREBY ORDERED that Lincoln shall answer or otherwise respond to Plaintiff's Complaint no later than January 9, 2020.

DATED: December 11, 2019

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED JOINT MOTION FOR
EXTENSION OF TIME - 1

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Russell S. Buhite*
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7057
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

    *Attorneys for Defendant*


Approved as to Form; Presentation Waived

NELSON & BOYD, PLLC

By: *s/ Deborah M. Nelson*
    Deborah M. Nelson, WSBA#23087
    Jeffrey D. Boyd, WSBA #41620
    411 University Street, Suite 1200
    Seattle, WA 98101
    Telephone: (206) 971-7601
    Email: nelson@nelsonboydlaw.com
           boyd@nelsonboydlaw.com

    *Attorneys for Plaintiff*